HONORABLE SALVADOR MENDOZA, JR.

Michael A. Josephson*
mjosephson@mybackwages.com
Richard M. Schreiber*
rschreiber@mybackwages.com
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Phone 713 352 1100
Fax 713 352 3300
* Pro Hac Vice

Nicholas D. Kovarik, WSBA #35462
Email: nick@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Suite 700
Spokane, Washington 99201
509-321-5930 – Telephone
509-321-5935 – Facsimile

*Attorneys for Plaintiffs*

Breanne Martell, WSBA #39632
bsmartell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Robert G. Hulteng, SBN 071293*
rhulteng@littler.com
Joshua J. Cliffe, SBN 215390*
jcliffe@littler.com
Carina L. Novell, SBN 329560*
cnovell@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile.: 415.399.8490
* Pro Hac Vice

*Attorneys for Defendant AECOM*

Eric R. Magnus, Pro Hac Vice
eric.magnus@jacksonlewis.com
Daniel P. Crowner, WSBA #37136
daniel.crowner@jacksonlewis.com
JACKSON LEWIS P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
Telephone: 206.405.0404
Facsimile: 206.405.4450

*Attorneys for Defendant Amentum Services,Inc.*

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

JERRY SINGLETARY, CHAD STEININGER, PHILLIP LYNCH, BRYCE BJORNVICK, ENRIQUE GASCA, GEORGE KYLE, Individually and For Others Similarly Situated.

Plaintiffs,

v.

AECOM, AMENTUM SERVICES, INC. and JOHN DOES 1to 50.

Defendants.

Case No.: 4:18-cv-05187-SMJ

**STIPULATION OF DISMISSAL (IN FAVOR OF ARBITRATION) PURSUANT TO RULE 41(A)(1)(A)(II)**

Plaintiffs Jerry Singletary, Chad Steininger, Phillip Lynch, Bryce Bjornvick, Enrique Gasca, George Kyle, and Defendants AECOM, Amentum Services, Inc., and John Does 1 to 50 (collectively, the "Parties") hereby stipulate to the dismissal of this matter in favor of arbitration.

## I. PROCEDURAL POSTURE

This case was filed on November 30, 2018. Throughout the course of litigation numerous stays were entered into by the Parties to explore resolution. Plaintiffs then amended the Complaint of August 19, 2020. No class or collective has been certified.

Defendants filed a Motion to Partially Dismiss Plaintiffs' First Amended Complaint (Doc. 80). In that motion, Defendants seek to dismiss all claims covering






Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane,Wa 99201
P 509.321.5930 / F 509.321.5935

workers employed outside of Washington state based on an alleged lack of personal jurisdiction.

## II. MEDIATIONS

The Parties conducted 4 mediations with Michael Russell on October 29, 2019, January 23, 2020, May 27, 2020, and June 26, 2020. Although the Parties did not reach a settlement, the Parties made significant progress towards resolution. The Parties have reached an agreement to dismiss the action and submit the matter to arbitration while continuing to work towards complete resolution of the case.

## III. DEFENDANTS' MOTION TO PARTIALLY DISMISS

As part of this Stipulation, Defendants withdraw their Motion to Partially Dismiss Plaintiffs' First Amended Complaint (Doc. 80).

## IV. STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) all Parties stipulate to dismiss this matter in favor of arbitration, without prejudice and with each party bearing its own costs.

**IT IS SO STIPULATED**.

Respectfully submitted this 28th day of September 2020.






Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

PISKEL YAHNE KOVARIK, PLLC

/s/ Nicholas D. Kovarik
Nicholas D. Kovarik
Piskel Yahne Kovarik, PLLC
522 W. Riverside Ave. Ste. 700
Spokane, WA 99201
Telephone: (509) 321-5930

JOSEPHSON DUNLAP LLP

Michael A. Josephson*
mjosephson@mybackwages.com
Richard M. Schreiber*
rschreiber@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Phone713 352 1100
* Pro Hac Vice

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/ Daniel P. Crowner
Eric Magnus, Pro Hac Vice
Daniel P. Crowner, WSBA No. 37136
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 405-0404
Fax: (206) 405-4450

*Attorneys for Amentum Services, Inc.*

LITTLER MENDELSON, PC

/s/ Breanne Martell
Breanne Martell, WSBA #39632
Robert G. Hulteng, SBN 071293*
Joshua J. Cliffe, SBN 21539*
Carina L. Novell, SBN 329560*
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
* Pro Hac Vice

*Attorneys for AECOM*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on Defendants.

/s/Nicholas D. Kovarik
Nicholas D. Kovarik



