HONORABLE SALVADOR MENDOZA, JR.

Michael A. Josephson*
mjosephson@mybackwages.com
Richard M. Schreiber*
rschreiber@mybackwages.com
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Phone 713 352 1100
Fax    713 352 3300
* Pro Hac Vice

Nicholas D. Kovarik, WSBA #35462
Email: nick@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Suite 700
Spokane, Washington 99201
509-321-5930 – Telephone
509-321-5935 – Facsimile

*Attorneys for Plaintiffs*

Breanne Martell, WSBA #39632
bsmartell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Robert G. Hulteng, SBN 071293*
rhulteng@littler.com
Joshua J. Cliffe, SBN 215390*
jcliffe@littler.com
Carina L. Novell, SBN 329560*
cnovell@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile.: 415.399.8490
* Pro Hac Vice

*Attorneys for Defendant AECOM*

Eric R. Magnus, Pro Hac Vice
eric.magnus@jacksonlewis.com
Daniel P. Crowner, WSBA #37136
daniel.crowner@jacksonlewis.com
JACKSON LEWIS P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
Telephone: 206.405.0404
Facsimile: 206.405.4450

*Attorneys for Defendant Amentum Services, Inc.*

ORDER OF DISMISSAL - 1
(Case No.: 4:18-cv-05187-SMJ)

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY SINGLETARY, CHAD STEININGER, PHILLIP LYNCH, BRYCE BJORNVICK, ENRIQUE GASCA, GEORGE KYLE, Individually and For Others Similarly Situated.<br><br>Plaintiffs,<br>v.<br><br>AECOM, AMENTUM SERVICES, INC. and JOHN DOES 1 to 50.<br><br>Defendants. | Case No.: 4:18-cv-05187-SMJ<br><br>**PROPOSED ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), the Court, having reviewed the Parties Stipulation of Dismissal, hereby Orders this matter dismissed without prejudice, with each party to bear its own costs. Further, the Court ORDERS Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint (Doc. 80) is withdrawn.

**IT IS SO ORDERED**.

Dated:_____                      _____

                                                                                                              Honorable Salvador Mendoza, Jr.
                                                                                                               United States District Court Judge