FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY SINGLETARY, CHAD STEININGER, PHILLIP LYNCH, BRYCE BJORNVICK, ENRIQUE GASCA, and GEORGE KYLE, Individually and For Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AECOM, AMENTUM SERVICES, INC., and JOHN DOES 1 to 50,<br><br>Defendants. | No.  4:18-cv-05187-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 28, 2020, the parties filed a stipulated dismissal, ECF No. 89. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

   **1.** The parties' Stipulation of Dismissal (In Favor of Arbitration) Pursuant to Rule 41(a)(1)(A)(ii), **ECF No. 89**, is **GRANTED**.

   **2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

   **3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2